# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CLERK'S MINUTES

| | | | |
|---|---|---|---|
| **CASE NO.:** | 8:25-mj-3000-CPT | **DATE:** | September 12, 2025 |
| **HONORABLE THOMAS G. WILSON** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GEORGE OWENS | | **LANGUAGE:** | N/A |
| | | **GOVERNMENT COUNSEL**<br>Michael Buchanan, AUSA | |
| | | **DEFENSE COUNSEL**<br>Mary Claire Wolf, AFPD | |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** 3:39 PM – 4:09 PM | **TOTAL:** 30 mins | **PRETRIAL:** | Jasmine King |
| | | **COURTROOM:** | 12A |

**PROCEEDINGS:  INITIAL APPEARANCE, PRELIMINARY HEARING, DETENTION HEARING**

Defendant present.

Defendant provided with copy of complaint.

Court advises of Defendant's Rule 5 rights and charges.

Oral Order of Due Process.

Financial affidavit filed.

Oral motion for counsel. Motion granted and the Court appoints the Public Defender's Office.

Preliminary hearing held.

Special Agent David Bannon sworn and testified. Cross examination by defense. Redirect by government.

Government enters exhibit 1 into the record. No objection by defense. The Court accepts the exhibit into the record.

Probable cause established.

**<u>Detention:</u>**

Government: Seeking detention. Proffer of counsel.

Defendant:  Seeking release. Proffer of counsel.

Court: Defendant is ordered detained and remanded to custody of USMS.