# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## CLERK'S MINUTES

| **CASE NO.:** | 8:25-mj-3000-CPT | | **DATE:** | September 12, 2025 |
|---|---|---|---|---|
| **HONORABLE THOMAS G. WILSON** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HANNAH KING | | | **LANGUAGE:** | N/A |
| | | | **GOVERNMENT COUNSEL**<br>Michael Buchanan, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Anne Borghetti, CJA | |
| **COURT REPORTER:** Digital | | | **DEPUTY CLERK:** | Karina Nieves |
| **TIME:** | 4:20 PM-4:26 PM | **TOTAL:** 6 mins | **PRETRIAL:** | Jasmine King |
| | | | **COURTROOM:** | 12A |

**PROCEEDINGS:   INITIAL APPEARANCE**

Defendant present.

Defendant provided with copy of complaint.

Court advises of Defendant's Rule 5 rights and charges.

Oral Order of Due Process.

Financial affidavit filed.

Oral motion for counsel. Motion granted and the Court appoints CJA Counsel Anne Borghetti.

Preliminary hearing waived.

**<u>Detention:</u>**

Government: Seeking detention.

Defendant: Seeking release.

Oral motion to continue detention hearing to Monday at 3:30pm. Motion granted.

Court adjourned.