AO 442 (Rev. 11/11) Arrest Warrant

RCVD USMS M/FL TAMPA
2025 SEP 12 PM 2:18

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

United States of America
v.
Hannah King

)
)
)  Case No.  8:25-mj-3000-CPT
)
)
)
)

_____
_Defendant_

## ARREST WARRANT

SEP 15 2025 PM 1:53
FILED - USDC - FLMD - TPA

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   Hannah King                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment        ❑ Superseding Indictment        ❑ Information        ❑ Superseding Information        ☑ Complaint

❑ Probation Violation Petition        ❑ Supervised Release Violation Petition        ❑ Violation Notice        ❑ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 40 grams or more of a Mixture and Substance Containing a Detectable Amount of Fentanyl in violation of 21 U.S.C. §§ 846 & 841(b)(1)(B)(vi)

Date:  _September 11, 2025_

_____
Christopher P. Smith
_Issuing officer's signature_

Hon. Christopher P. Tuite
_Printed name and title_

City and state:    Tampa, FL

---

|  Return  |
|---|
| This warrant was received on _(date)_ 9-12-2025 , and the person was arrested on _(date)_ 9-12-2025 at _(city and state)_ Tampa, FL . |

Date: 9-15-2025

_____
Paul Stee
_Arresting officer's signature_

Daniel Hart    DUSM
_Printed name and title_