AO 442 (Rev. 11/11) Arrest Warrant

2025 SEP 12 PM 2:18
RCVD USMS M/FL TAMPA

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>Robert George Owens | ) ) ) ) ) ) ) | Case No. 8:25-mj-3000-CPT |
| _Defendant_ | | |

SEP 15 2025 PM1:53
FILED - USDC - FLMD - TPA

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Robert George Owens                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment     ❑ Superseding Indictment     ❑ Information     ❑ Superseding Information     ☑ Complaint
❑ Probation Violation Petition     ❑ Supervised Release Violation Petition     ❑ Violation Notice     ❑ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute 40 grams or more of a Mixture and Substance Containing a Detectable Amount of Fentanyl.
In Violation of: 21 USC §§ 846 and 841(b)(1)(B)(vi).

Date:     September 12, 2025                                   _(signature)_
                                                                 _Issuing officer's signature_

City and state:          Tampa, Florida                          Hon. Christopher P. Tuite, U.S. Magistrate Judge
                                                                 _Printed name and title_

---

### Return

This warrant was received on _(date)_ 9-12-2025, and the person was arrested on _(date)_ 9-12-2025
at _(city and state)_ Tampa, FL.

Date: 9-15-2025                                    _(signature)_
                                                   _Arresting officer's signature_

                                                   Daniel Hart   DUSM
                                                   _Printed name and title_