UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE No. 8:23-mj-3000-CPT

HANNAH KING

_____

ORDER OF DETENTION

This cause came on to be heard at the time of the defendant's

detention hearing.   It is alleged that the defendant engaged in a conspiracy to

distribute 40 grams or more of a mixture and substance containing a detectable

amount of fentanyl. The government requested that the defendant be detained.

Defense counsel argued that there were conditions of release that would

reasonably assure the appearance of the defendant and the safety of the

community. For the following reasons that I discussed at the hearing, the

defendant will be detained without bail.

Since the defendant waived a preliminary hearing there is

probable cause to believe that she committed the offense. Accordingly, there

1B

is a rebuttable presumption that no conditions of release will reasonably assure the appearance of the defendant or the safety of the community at this time.

The defendant's alleged sale of fentanyl—a deadly drug— establishes that she is a danger to the community. Additionally, the defendant is a drug addict who regularly uses fentanyl and other controlled substances. Therefore, she is a danger to herself.

Furthermore, the defendant has a substantial criminal record. Significantly, in connection with state criminal proceedings, the defendant's bond has been revoked and she has had multiple violations of probation. These circumstances indicate that she would not abide by conditions of release.

It is, therefore, upon consideration,

ORDERED:

1. That defendant HANNAH KING shall be DETAINED without bail.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to

the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3.  That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4.  That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 15th day of September, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

3B