UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                   CASE No. 8:25-mj-3000-CPT

ROBERT GEORGE OWENS

_____

## O R D E R

This cause came before the Court for a preliminary hearing on a criminal complaint charging the Defendant with Conspiracy to Distribute 40 grams or more of a mixture and substance containing detectable amount of fentanyl (Doc. 1). At the hearing, the Court heard testimony from FBI Special Agent David Bannon regarding the Defendant's alleged involvement in this offense. For the reasons stated by the Court at the conclusion of the hearing, the Court finds there is probable cause to believe that the Defendant committed the charged crime.

SO ORDERED in Tampa, Florida, this 15th day of September 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE