UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Thomas G. Wilson
Courtroom 12B

United States v. Hannah King
8:25-mj-03000-WFJ-CPT

| | |
|---|---|
| **Date**: September 15, 2025 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 3:39 PM–3:52 PM |Total: 13 mins | **Deputy Clerk**: Clara Reaves |

| Plaintiff's Counsel | Defense Counsel |
|---|---|
| Jackson Boggs, AUSA | Anne Borghetti, CJA |

| **Detention Hearing** |
|---|
| Defendant present with counsel. |
| Defendant seeks release. |
| Government seeks detention. |
| Court hears argument. |
| For the reasons stated on the record, court orders Defendant detained pending further order of the court. |
| Court in recess |