UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                    CASE No. 8:23-mj-3000-CPT

REOBERT GEORGE OWENS

_____

## ORDER OF DETENTION

This cause came on to be heard at the time of the defendant's detention hearing. It is alleged that the defendant engaged in a conspiracy to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl. The government requested that the defendant be detained (Doc. 8). Defense counsel filed an oral motion for release from custody (Doc. 7). She argued that there were conditions of release that would reasonably assure the appearance of the defendant and the safety of the community. For the following reasons that I discussed at the hearing, the defendant will be detained without bail.

I conducted a preliminary hearing, after which I found that there is probable cause to believe that he committed the offense alleged in the

1B

complaint. Accordingly, there is a rebuttable presumption that no conditions of release will reasonably assure the appearance of the defendant or the safety of the community at this time.

The defendant is unable to rebut the presumption. The defendant's alleged sale of fentanyl—a deadly drug—establishes that he is a danger to the community. The Government also noted that the defendant has multiple failures to appear, which indicates that he would not abide by conditions of release.

It is, therefore, upon consideration,

ORDERED:

1. That defendant ROBERT GEORGE OWENS shall be DETAINED without bail.

2. That the defendant is hereby COMMITTED to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

3. That the defendant shall be afforded reasonable opportunity for private consultation with counsel.

4. That the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to the United States Marshal for the purpose of appearing in court.

DONE and ORDERED at Tampa, Florida, this 25th day of September, 2025.

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE