# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.                                     Case No.: 8:25-cr-482-JLB-SPF

**ROBERT GEORGE OWENS** _____/

## NOTICE OF APPEARANCE

**COMES NOW**, Ryan J. Maguire, attorney for **Robert George Owens**, and hereby enters his appearance on behalf of said defendant in the above-captioned case.

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, Robert George Owens, the above-named defendant, do hereby waive my right to be present at arraignment and enter this written plea of not guilty to the charges set out in the indictment filed in this case.  I hereby state that I have received a copy of said indictment.

_____
Ryan J. Maguire, Esq.
Counsel for Defendant

Robert Owens *
_____
Robert George Owens
Defendant

Date: __October 10, 2025____

*This document was electronically signed in the "Smart Communications" Inmate Electronic Signature system on October 9, 2025.

## REQUEST FOR DISCOVERY

COMES NOW, **Robert George Owens**, by and through undersigned counsel, and hereby gives notice that he requests discovery provided by Rule 16, Federal Rules of Criminal Procedure.

A. FITZGERALD HALL, ESQ.
INTERIM FEDERAL DEFENDER

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE
## AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Waiver of Defendant's Presence at Arraignment and

Entry of Not Guilty Plea for **Robert George Owens** and direct that the plea

of not guilty be received for filing.   The matter of discovery will be addressed

by separate order.

Date: _____        _____
                                      HONORABLE SEAN P. FLYNN
                                      UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __10th__ day of October 2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael J. Buchanan, AUSA

*/s/ Ryan J. Maguire*
Ryan J. Maguire, Esq.
Assistant Federal Defender