# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

**v.**                                                    Case No.: 8:25-cr-482-JLB-SPF

**HANNAH KING**

_____/

## NOTICE OF APPEARANCE

Comes Now, ANNE F. BORGHETTI, attorney for the Defendant, and hereby enters this Notice of Appearance on his behalf in the above-captioned cause

## WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND ENTRY OF NOT GUILTY PLEA

I, HANNA KING, the above-namedDefendant, do hereby waive my right to be present, and the right to have my counsel present at Arraignment and enter a plea of not guilty to the charges. I hereby state that I have received a copy of the charging instrument. It has been read to me, and the charges have been explained to me.

_____          _____
HANNAH KING, Defendant                     ANNE F. BORGHETTI, ESQUIRE

                                           Counsel for Defendant

Date:_____Oct. 13, 2025_____

## REQUEST FOR DISCOVERY

Comes Now, HANNAH KING, by and through his undersigned attorney, and hereby gives notice that she will participate in all discovery allowed by the Federal Rules of Criminal Procedure, in the above-captioned cause.

ANNE F. BORGHETTI, ESQUIRE
12211 49th St N, Ste 1
Clearwater, FL 33762
Phone (727) 502-0300
Fax (727) 502-0303
Florida Bar No.: 0843385
Legal@BorghettiLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished via Electronic Filing to the Office of the United States Attorney, this *13* day of October, 2025.

ANNE F. BORGHETTI, ESQUIRE

## CONSENT TO WAIVER OF DEFENDANT'S PRESENCE AT ARRAIGNMENT AND RECEIPT OF PLEA OF NOT GUILTY

I hereby accept the Defendant's waiver of their presence and the presence of their attorney at the Arraignment and direct that the plea of not guilty be received for filing. The matter of discovery will be addressed by separate order.

Date: _____

_____
HONORABLE SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE