UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:25-CR-482-JLB-SPF

ROBERT GEORGE OWENS

**UNITED STATES' INFORMATION AND
NOTICE OF PRIOR CONVICTION UNDER 21 U.S.C. § 851**

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, files this Information and Notice of Prior

Conviction under 21 U.S.C. §§ 851 and 841(b)(1)(B), and contends that:

1.      A grand jury returned a three-count Indictment against the defendant

and his codefendant. The indictment charges the defendant with conspiracy to

possess with intent to distribute controlled substances and felon in possession of a

firearm.

2.      As to Count One, a violation of 21 U.S.C. § 846 provides for a

maximum term of imprisonment of five years, a fine not to exceed the greater of that

authorized in accordance with the provisions of Title 18 or $5,000,000, and a

minimum term of supervised release of four years up to life.

3.      Pursuant to 21 U.S.C. §§ 841(b)(1)(B) and 851, if any person commits

such a violation after a prior conviction for a "felony drug offense" has become final,

such person shall be sentenced to enhanced penalties.

4. The defendant has a prior conviction for the following "felony drug offense," which has become final:

    a. Trafficking in Fentanyl (4g to 13g), in the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida, in Case No. 512021CF005046CFAXES, on or about July 25, 2023.

5. **Exhibit A** to this Notice is a copy of the judgment filed in the above-captioned case. The defendant was sentenced to three years' imprisonment and served more than a year of his sentence.

6. Because the defendant's prior conviction constitutes a "felony drug offense" under 21 U.S.C. § 802(44), the defendant is subject, upon conviction for the offense charged in Count One, to the enhanced penalties described in 21 U.S.C. § 841(b)(1)(B) including: a maximum term of imprisonment of 10 years, a fine not to exceed the greater of twice that authorized in accordance with the provisions of Title 18 or $8,000,000, and a minimum term of supervised release of eight years up to life.

7. Accordingly, the United States respectfully requests that upon the defendant's conviction for the offense charged in Count One of the Indictment, the Court apply the enhanced penalty provisions of 21 U.S.C. § 841(b)(1)(B) in

determining an appropriate sentence in this case.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By: /s/ Michael J. Buchanan
Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 16, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *Michael J. Buchanan*

Michael J. Buchanan
Assistant United States Attorney
Fla. Bar No. 1020224
400 N. Tampa St., Ste. 3200
Tampa, FL 33602-4798
Telephone: (813) 274-6000
Facsimile: (813) 274-6358
E-mail: Michael.Buchanan2@usdoj.gov