# Exhibit A

**IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT**
**IN AND FOR PASCO COUNTY, FLORIDA**

State of Florida
VS
**ROBERT GEORGE OWENS**

37942 AVALON DR.
ZEPHYRHILLS,  FL  33541

Division: SECTION 2
Case Number: **2022CF004782CFAXES**

☐ Comm Ctrl Violator    ☐ Retrial
☐ Probation Violator    ☐ Resentence

### JUDGMENT

The Defendant, ROBERT GEORGE OWENS, being personally before this court and represented by, PETER GORDON BECKSTROM, and the State represented by SARAH KEITH and having:

☐ Been tried and found guilty by jury/ by court of the following crime(s)

☑ Entered a plea of guilty to the following crime(s)

☐ Entered a plea of nolo contendere to the following crime(s)

1.    812.014.2c1    Third Degree   F   LARC-GRAND THEFT 750 LESS THAN 5K DOLS

☑ and no cause shown why the defendant should not be adjudicated guilty. IT IS ORDERED THAT the defendant is hereby **ADJUDICATED GUILTY** of the above crime(s)

☐ and good cause being shown, IT IS ORDERED THAT ADJUDICATION OF GUILT BE **WITHHELD**

☐ the Court hereby stays and withholds the imposition of sentence as to count(s)___1___and places the defendant on _____ under the supervision of the Department of Corrections (Conditions of probation and/or community control set forth in a separate order)

☐ being a qualified offender pursuant to section 943.325, Florida Statute the defendant shall be required to submit DNA samples by law

☐ The Court defers imposition of sentence until

☐ The Court finds that the defendant violated all the conditions alleged in the affidavit, a copy of which is attached

The defendant in open court was advised of his right to appeal from this judgment by filing notice of appeal with Clerk of Court within thirty days following the date sentence is imposed or probation is ordered pursuant to this adjudication. The defendant was also advised of his right to the assistance of counsel in taking said appeal at the expense of the State upon showing of indigence.

DONE AND ORDERED this __24__ day of JULY 2023, in Dade City, Pasco County, Florida,

NUNC PRO TUNC: 07/20/2023

GREGORY G GROGER - Presiding Judge

Nikki Alvarez-Sowles
Clerk & Comptroller
Pasco County, Florida

2023 JUL 25  PM 3:39

Filed For Record
Pasco County, Florida