UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**CLERK'S MINUTES – CRIMINAL**

| | | | |
|---|---|---|---|
| **CASE NO.** | 8:25-cr-482-JLB-SPF | **DATE:** | October 28, 2025 |
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>HANNAH KING | | **LANGUAGE:** | N/A |
| | | **PLAINTIFF COUNSEL**<br>Michael Buchanan, AUSA | |
| | | **DEFENSE COUNSEL** | Anne Borghetti, CJA |
| **COURT REPORTER:** Digital | | **DEPUTY CLERK:** | Julia Bardak |
| **TIME:** 10:01- 10:02 | **TOTAL:** 1 mins | **COURTROOM:** | 11B |

**PROCEEDINGS: ARRAIGNMENT**

Defendant filed Waiver of Personal Appearance and requests court enter not guilty plea.

Court accepts waiver and will enter not guilty plea.

Trial Term: December 1st, 2025

Status Conference: November 10, 2025 at 1:30 pm