UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
**CLERK'S MINUTES – CRIMINAL**

| CASE NO. | 8:25-cr-482-JLB-SPF | | DATE: | October 28, 2025 |
|---|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT GEORGE OWENS | | | **LANGUAGE:** | N/A |
| | | | **PLAINTIFF COUNSEL**<br>Michael Buchanan, AUSA | |
| | | | **DEFENSE COUNSEL** | Ryan Maguire, PD |
| **COURT REPORTER:** Digital | | | **DEPUTY CLERK:** | Julia Bardak |
| **TIME:** | 1:01- 1:02 | **TOTAL:** 1 mins | **COURTROOM:** | 11B |

**PROCEEDINGS: ARRAIGNMENT**

Defendant filed Waiver of Personal Appearance and enters plea of not guilty.

Court accepts the waiver and will enter not guilty plea.

Trial Term: December 1st 2025

Status Conference on November 10, 2025 at 1:30 pm