# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

UNITED STATES OF AMERICA,

v.

Case No.: 8:25-cr-482-JLB-SPF

HANNAH KING

_____

## WAIVER OF SPEEDY TRIAL

COMES NOW, Defendant, HANNAH KING, through her undersigned counsel and hereby waives his right to speedy trial in the above-referenced cause through February 28, 2026.

HANNAH KING
Defendant

ANNE F. BORGHETTI, Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2025, I electronically filed the foregoing with the Clerk of the Court, US District Court, Middle District of Florida, Tampa Division, by using the CM/ECF filing system which will send notice of electronic filing to all counsel of record.

ANNE F. BORGHETTI, ESQUIRE
12211 49th St N, Ste 1
Clearwater, FL 33762
Phone (727) 502-0300
Fax (727) 502-0303
Florida Bar No.: 0843385
Legal@Borghettilaw.com