**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

v.                                                        **Case No.: 8:25-cr-482-JLB-SPF**

**ROBERT GEORGE OWENS**          /

**WAIVER OF SPEEDY TRIAL**

COMES NOW, the Defendant, Robert George Owens, by and through

his undersigned counsel, and hereby freely and voluntarily waives his right

to a speedy trial under 18 U.S.C. §3161 and the United States Constitution

up to and including June 30, 2026, regarding the Indictment filed herein.

EXECUTED this __21st__ day of __November__, 2025.

_____          _____

Robert George Owens                        Ryan J. Maguire, Esq
Defendant                                        Assistant Federal Defender
                                                    Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __21st__ day of November   2025, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael J. Buchanan, AUSA

Respectfully submitted,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

/s/ Ryan J. Maguire
Ryan J. Maguire, Esq.
Assistant Federal Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org