## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                                        Case No.: 8:25-cr-482-JLB-SPF

HANNAH KING

_____ /

### WAIVER OF SPEEDY TRIAL

COMES NOW, Defendant, HANNAH KING, through her undersigned counsel and hereby waives his right to speedy trial in the above-referenced cause through April 30, 2026.

_____          _____
HANNAH KING                                              ANNE F. BORGHETTI, Attorney
Defendant

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 23rd, 2026, I electronically filed the foregoing with the Clerk of the Court, US District Court, Middle District of Florida, Tampa Division, by using the CM/ECF filing system which will send notice of electronic filing to all counsel of record.

_____
ANNE F. BORGHETTI, ESQUIRE
12211 49th St N, Ste 1
Clearwater, FL 33762
Phone (727) 502-0300
Fax (727) 502-0303
Florida Bar No.: 0843385
Legal@Borghettilaw.com