NITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:25-cr-482-JLB-SPF

HANNAH KING

_____/

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and

pleaded guilty to Count(s) One of the Indictment. After cautioning and examining the

Defendant as mandated by Rule 11, I have determined that the guilty plea is knowledgeable,

voluntary, and supported by a factual basis. I therefore recommend that the plea of guilty be

accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

IT IS SO REPORTED AND RECOMMENDED at Tampa, Florida on April 6, 2026.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Within fourteen days after being served with a copy of this Report and Recommendation, any
party may serve and file written objections to the proposed findings and recommendations or
request an extension of time to do so. 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1.   Failure of any
party to timely object in accordance with the provisions of § 636(b)(1) waives that party's right
to challenge on appeal the district court's order based on the unobjected-to factual and legal
conclusions contained in this Report and Recommendation. 11th Cir. R. 3-1.